# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| | |
|---|---|
| United States of America<br>v.<br>ARLYN PAVON-ARDON<br><br>Defendant(s) | )<br>)<br>) Case No.  1:25mj048<br>)<br>)<br>)<br>) |

**Filed**
**Clerk of Court**
**United States District Court**
By courtnaycapps
On: 9/10/2025

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  August 29, 2024  in the county of  Richmond  in the  Southern  District of  Georgia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(5) | Illegal Alien in Possession of a Firearm |

This criminal complaint is based on these facts:

See Attached Affidavit of Peyton Drake, Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), incorporated as is fully set forth herein.

☑ Continued on the attached sheet.

*Attested to by Applicant in accordance with the requirements of Fed. R. Crim. R. 4.1 by teleconference.

*Complainant's signature*

Peyton Drake, ATF SA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/10/2025

*Judge's signature*

City and state:  Augusta, Georgia    Brian K. Epps, United States Magistrate Judge
*Printed name and title*

## <u>AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT</u>

I, Peyton Drake, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. Your affiant, Special Agent (SA) Peyton Drake, is a federal law enforcement officer, specifically, a Criminal Investigator with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), assigned to the Louisville Group I Field Office. Your affiant has been so employed since August 14, 2023. Additionally, your affiant holds a Bachelor of Science Degree in Criminal Justice with a minor in Psychology from Radford University located in Radford, Virginia. Your affiant, prior to working for ATF, successfully completed 580 hours as an intern at the Radford City Police Department and 360 hours at the ATF Canine Training Center in Front Royal, Virginia.

2. Your affiant has completed the Criminal Investigator Training Program, approximately 500 hours, at the Federal Law Enforcement Training Center in Glynco, Georgia. Your affiant completed Special Agent Basic Training, approximately 586 hours, at the ATF National Academy. Your affiant has received extensive training, both formal and on-the-job, in the provisions of the Federal Firearms Laws administered under Title 18 and Title 26, U.S. Code, and the Federal Narcotics Laws administered under Title 21, U.S. Code.

3. I have received training and have gained experience in all aspects of law enforcement, including interviewing techniques, arrest procedures, search warrant applications, the execution of searches and seizures, computer evidence identification, computer evidence seizure and processing, and various other criminal laws and procedures. As a result of my training and experience as an ATF Special Agent, your affiant is familiar with federal firearm and ammunition laws. During my tenure with the ATF, your affiant has participated in investigations that involve possession of firearms and ammunition by prohibited persons and investigations involving interstate and international firearms trafficking. I have not included every detail of every aspect of my training, education, and experience but have highlighted those areas most relevant to this application.

4. Pursuant to 18 U.S.C. § 3051, your affiant is empowered to enforce criminal laws of the United States. As a result of your affiant's training and experience, your affiant is familiar with federal laws, including 18 U.S.C. § 922(g)(5), Illegal Alien in Possession of a Firearm, which states that it shall be unlawful for any person that is illegally or unlawfully in the United States to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

5. I am familiar with the facts and circumstances of this case. The facts set forth in this affidavit are based on my personal observations and knowledge obtained from other agents and other individuals, my review of documents related to this investigation, oral

and written communications with others who have personal knowledge of the events and circumstances described herein, review of public source information, including information available on the Internet, and records received via legal process. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the applications for a criminal complaint, it does not set forth each and every fact that I or others have learned during the course of this investigation. Where statements of others or the contents of records are related herein, they are related in substance and in part, except where otherwise indicated. Dates, times, figures, and calculations reported in this affidavit are approximate.

6. As set forth below, there is probable cause to believe that the below listed individual has committed violations of the specified federal offense.

**PROBABLE CAUSE**

7. On or about August 28, 2024, ATF Louisville Special Agents traveled to Augusta Georgia to make contact with two co-conspirators in a firearms trafficking scheme. On or about August 29, 2024, Special Agents made contact with one of the co-conspirators, Juan Carlos MATUTE-CARIAS at work. After Special Agents interviewed MATUTE-CARIAS, consent was given to search his residence located at 3645 Hopson Road, Augusta, Georgia. While searching the residence, MATUTE-CARIAS reported that there was a firearm in his bedroom. Agents located a firearm box with a sticker identifying that it belongs to a Sig Saur P320x5 pistol with serial number 58J482778 but did not locate the firearm itself. Agents also located one 9-millimeter caliber live round along with a 50-round box of .22-millimeter caliber ammunition and two rifle

magazines. To attempt to locate the missing firearm, MATUTE-CARIAS called his cohabitator and the other co-conspirator that investigators were attempting to locate, Arlyn PAVON-ARDON. PAVON-ARDON reported that she took the firearms from the residence but would bring them back.

8. While agents were conducting the interview with MATUTE-CARIAS at work, additional agents maintaining surveillance on the residence located at 3645 Hopson Road and observed a female enter the residence and leave with a laundry basket, and what appears to be a blanket attempting to conceal what was in the basket.

9. PAVON-ARDON arrived at the residence and spoke with agents. PAVON-ARDON reported that she got a phone call earlier that day from MATUTE-CARIAS' employer saying that he was talking with law enforcement. PAVON-ARDON felt like she needed to protect MATUTE-CARIAS and their children, so she took the firearms and was going to throw them in the river. PAVON-ARDON ended up not throwing the firearms into the river and brought the pistol, a Sig Saur P320x5 pistol with serial number 58J482778 (that matched the sticker on the recovered gun box), back to the residence. PAVON-ARDON stated that additional firearms in the laundry basket were at the residence of a friend. PAVON-ARDON told MATUTE-CARIAS which friend's house she took the firearms to and MATUTE-CARIAS accompanied agents to the residence, recovered the basket containing the firearms, and provided the firearms to investigators.

10. Inside the laundry basket were three long guns including a Smith & Wesson model M&P 15-22, .22 caliber rifle bearing serial number LAU2548, one Radikal Arms model MKX-3, 12-gauge shotgun bearing serial number 23AS-4772, and one Marlins Firearm Co. model 60SB, .22 caliber rifle bearing serial number MN37541B. Along with the firearms there were also nine rifle magazines.

11. On October 21, 2024, an Interstate Nexus Determination was conducted by an ATF Interstate Nexus Expert which revealed that all firearms listed above travelled and affected interstate and foreign commerce.

12. A review of immigration records provided by U.S. Department of Homeland Security shows that PAVON-ARDON is not a United States citizen and is illegally or unlawfully in the United States.

## CONCLUSION

13. I submit that there is probable cause to believe that Arlyn PAVON-ARDON is in violation of 18 U.S.C. § 922(g)(5), Illegal Alien in Possession of Firearm, after being found in Richmond County, Georgia, on or about August 29, 2024, in possession of at least one firearm that moved in interstate or foreign commerce.

*(Signatures on the following page.)*

Respectfully submitted,

_____
Peyton Drake
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to me through reliable electronic means (teleconference) in accordance with Fed. R. Crim. P. 4.1 on September 10, 2025.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA